ACCEPTED
01-15-00436-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 11:02:01 AM
CHRISTOPHER PRINE
CLERK

 **CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY**

**A Partnership of Professional Corporations**
**Attorneys at Law**

WILLIAM S. HELFAND
SHAREHOLDER
DIRECT: 713.654.9630
BILL.HELFAND@CHAMBERLAINLAW.COM

1200 SMITH STREET, SUITE 1400
HOUSTON, TEXAS 77002-44967
713.658.1818          800.342.5829
FAX: 713.658.2553
CHWWM@CHAMBERLAINLAW.COM

HOUSTON
ATLANTA
PHILADELPHIA
SAN ANTONIO
DENVER

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 11:02:01 AM
CHRISTOPHER A. PRINE
Clerk

October 21, 2015

Christopher A. Prine                     *Via Electronic Case Filing*
Clerk of the Court
Court of Appeals First District
301 Fannin Street
Houston, Texas 77002-2066

      Re:    No. 01-15-00436-CV; *City of Friendswood and Kevin Holland v.*
           *Paul and Carolyn Horn, et al*; In the First Court of Appeals.

Dear Mr. Prine:

      William Helfand will present oral argument on October 27, 2015 on behalf of the Appellants in this matter.

                  Sincerely,

                  */s/ Bill Helfand*

                  William S. Helfand

WSH:lg

cc:    Aaron Pool
       James T. Sunosky
       Donato Minx Brown & Pool, PC
       3200 Southwest Freeway, Suite 2300
       Houston, Texas 77027
       Via Email: apool@donatominxbrown.com
       Via Email: jsunosky@donatominxbrown.com

2007306_1